**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELIAS et al., ) | |
| ) | |
| Plaintiffs, ) | Civil No.: 10-CV-00449-RBW |
| ) | |
| v. ) | |
| ) | |
| ONE STOP SERVICES/HKI, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1), the named individual plaintiffs in the above action hereby dismiss each of their respective cases with prejudice.

**Respectfully submitted,**

   /s/ **William P. Farley**
**William P. Farley 466280**
**Law Office of William P. Farley**
**717 D Street, N.W. Suite 300**
**Washington, D.C. 20004**
**(202) 558-6768**
**(202) 558-2265 (fax)**
**farley@dccounselor.com**